1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant,
   GLENN STARKWEATHER
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 6:08-mj-00241-WMW
                                  )
12                                )
                                  )   WAIVER OF DEFENDANT'S
13             Plaintiff,         )   PERSONAL APPEARANCE
                                  )
14 vs.                            )
                                  )
15 _____   )
                                  )
16 GLENN STARKWEATHER,            )
                                  )
17             Defendant.         )
                                  )
18 _____   )

19     TO THE ABOVE-ENTITLED COURT:

20     The Defendant Glenn Starkweather, having been advised of his right to be present at all

21 stages of the proceedings, including, but not limited to, presentation of and arguments on

22 questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

23 waives the right to be present at the hearing of any motion or other proceeding in this cause.

24 Examples of hearings concerning which the defendant waives the right to be present include the

25 initial appearance,  when the case is set for trial, when a continuance is ordered, when a motion

26 to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case

27 disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

28     The undersigned Defendant requests the Court to proceed during every absence of the

Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Dated: December 5, 2008    By: /s/ Glenn Starkweather
                                GLENN STARKWEATHER

Dated: December 7, 2008    By: /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                GLENN STARKWEATHER

IT IS SO ORDERED.

**Dated:   December 8, 2008**            /s/  **William M. Wunderlich**
                                UNITED STATES MAGISTRATE JUDGE