**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
GLENN STARKWEATHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:08-mj-00241-WMW |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION TO MODIFY PROBATION AND ORDER THEREON |
| vs. | ) ) | |
| GLENN STARKWEATHER, | ) ) | |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the Defendant, GLENN STARKWEATHER, his attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service, Susan St. Vincent, that the terms of Mr. Starkweather's probation be modified such that his fine payment be $50.00 each month instead of $100.00 per month.

///
///
///
///
///
///
///

1

Mr. Starkweather is looking for a second job, but his current job has him working between 50-60 hours each week.

Mr. Starkweather's probation is scheduled to end May 12, 2010. Mr. Starkweather understands that if he does not pay the entire fine by May 12, 2010, the Court may extend his probationary period until the fine is paid in full or as the Court sees fit.  The Court will review Mr. Starkweather's case on May 11, 2010

Dated: November 2, 2009

                                              By: /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant,
                                                   GLENN STARKWEATHER

                                              By: /s/ Susan St. Vincent
                                                   SUSAN ST. VINCENT
                                                   Legal Officer for
                                                   National Park Service

### **** ORDER ****

The Court having reviewed the above Stipulation to Modify Probation for Defendant, Glenn Starkweather, orders as follows:

Glenn Starkweather shall pay $50.00 per month toward the total fine amount or until Mr. Starkweather obtains further employment and resumes payment of $100 per month.

The Court will review Mr. Starkweather's case on May 11, 2010 to determine whether his probationary period needs to be extended.

IT IS SO ORDERED.

Dated:   **November 2, 2009**                         **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE